# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALLTRU FEDERAL CREDIT UNION, f/k/a<br>1st FINANCIAL FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>STARNET INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 4:21-CV-1334-JAR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FINAL APPROVAL OF UNDERLYING CLASS ACTION SETTLEMENT

COMES NOW Plaintiff, by and through undersigned counsel, and hereby gives notice to the Court and the Defendant that, on June 6, 2022, the Circuit Court of the City of St. Louis, Missouri, entered its Final Approval Order of the underlying class action settlement. The Court also entered Final Judgment. True and accurate copies of these Orders are attached hereto as Exhibits 1 and 2, respectively.

With these developments, the Defendant's Motion to Dismiss, which is fully briefed, is now ripe for ruling.

Respectfully submitted,

MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.


*/s/ David E. Larson*
David E. Larson, MO #27146
One Main Plaza
4435 Main Street, Suite 920
Kansas City, MO 64111
(816) 753-6006
(816) 502-7898 fax
delarson@martinpringle.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 6th day of June, 2022, a copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF Filing System, with notification to the below listed counsel of record:

Meredith A. Webster
KUTAK ROCK LL
2300 Main Street, Suite 800
Kansas City, MO 64108
(816) 960-0090
(816) 960-0041 (Facsimile)
Meredith.Webster@kutakrock.com
*Attorney for Defendant*

                                              */s/ David E. Larson*
                                              David E. Larson, MO #27146