**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ALLTRU FEDERAL CREDIT UNION, f/k/a<br>1st FINANCIAL FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>STARNET INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:21-CV-1334-JAR<br>)<br>)<br>)<br>)<br>) |

**STIPLATION OF DISMISSAL WITH PREJUDICE**

COME NOW plaintiff Alltru Federal Credit Union and defendant StarNet Insurance Company, by and through undersigned counsel, and, pursuant to Rule 41, F.R.C.P., hereby stipulate that this cause may be dismissed with prejudice, with each side responsible for their respective costs.

              Respectfully submitted,

              MARTIN, PRINGLE, OLIVER,
              WALLACE & BAUER, L.L.P.

              */s/ David E. Larson*
              David E. Larson, MO #27146
              One Main Plaza
              4435 Main Street, Suite 920
              Kansas City, MO 64111
              (816) 753-6006
              delarson@martinpringle.com
              *Attorney for Plaintiff*

        KUTAK ROCK LLP

        */s/ Meredith A. Webster*
        Meredith A. Webster, MO #63310
        2300 Main Street, Suite 800
        Kansas City, MO 64108
        (816) 960-0090
        Meredith.Webster@kutakrock.com
        *Attorney for Defendant*