# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ALLTRU FEDERAL CREDIT UNION f/k/a 1st FINANCIAL FEDERAL CREDIT UNION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:21-CV-1334 JAR |
| STARNET INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

In accordance with the parties' Stipulation of Dismissal with Prejudice (ECF No. 29),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own costs.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 10th day of January, 2023.